**H. J. Tatro, appellee, v. Clarence B. Craig, appellant. Gen. No. 28,153.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed. Opinion filed May 28, 1923.

J. K. McMahon, for appellant. Leonora Z. Meder and James V. Cunningham, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**National Iron and Steel Company, appellee, v. Robert W. Hunt, et al., appellants. Gen. No. 28,161.**

Action on contract to purchase relaying rails Judgment for plaintiff-vendee Appeal from the Superior Court of Cook county; the Hon. James S. Baldwin, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Goodrich, Vincent & Bradley, for appellants; Warren Nichols and Frank L. Wolf, of counsel. Adams, Follansbee, Hawley & Shorey, for appellee; Clyde E. Shorey, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Nellie Hancock, appellee, v. The National Council of the Knights and Ladies of Security, appellant. Gen. No. 28,181.**

Suit on life insurance policy. Judgment for plaintiff on instruction of the court. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 28, 1923.

A. W. Fulton, John V. McCormick and S. J. Fulton, for appellant. Gustav E. Beerly and John R. McCabe, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**M. L. Moody, appellee, v. Hubert J. Schwall, appellant. Gen. No. 28,202.**

Suit for commission for sale of real estate. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

E. W. Adkinson, for appellant. Leland V. Pierson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.